**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CHAMBER OF COMMERCE OF THE
UNITED STATES; CALIFORNIA
CHAMBER OF COMMERCE;
EMPLOYERS GROUP; CALIFORNIA
HEALTHCARE ASSOCIATION;
CALIFORNIA MANUFACTURERS AND
TECHNOLOGY ASSN.; CALIFORNIA
ASSOCIATION OF HEALTH FACILITIES;
CALIFORNIA ASSOCIATION OF HOME
& SERVICES FOR THE AGING; BETTEC
CORPORATION; MARKSHERM
CORPORATION; ZILACO INC., ZILACO;
DEL RIO HEALTHCARE, INC.;
BEVERLY HEALTH & REHABILITATION
SERVICES, INC. Dba Beverly Manor
Costa Mesa; INTERNEXT GROUP,
                    *Plaintiffs-Appellees,*

AMERICAN FEDERATION OF
LABOR AND CONGRESS OF
INDUSTRIAL ORGANIZATIONS;
CALIFORNIA LABOR FEDERATION,
AFL-CIO,
          *Intervenors-Appellants,*

                    v.

No. 03-55166

D.C. No.
CV-02-00377-GLT

BILL LOCKYER, Attorney General, in his capacity as Attorney General of the State of California; DEPARTMENT OF HEALTH SERVICES; FRANK G. VANACORE, as the Chief of the Audit Review and Analysis Section of the California Department of Health Services; DIANA M. BONTA, Diana M. Bonta, R.N., Dr., P.h.D, as the Director of the California Department of Health Services,

*Defendants.*

CHAMBER OF COMMERCE OF THE UNITED STATES; CALIFORNIA CHAMBER OF COMMERCE; EMPLOYERS GROUP; CALIFORNIA HEALTHCARE ASSOCIATION; CALIFORNIA MANUFACTURERS AND TECHNOLOGY ASSN.; CALIFORNIA ASSOCIATION OF HEALTH FACILITIES; CALIFORNIA ASSOCIATION OF HOME & SERVICES FOR THE AGING; BETTEC CORPORATION; MARKSHERM CORPORATION; ZILACO INC., ZILACO; DEL RIO HEALTHCARE, INC.;

No. 03-55169

D.C. No.
CV-02-00377-GLT

ORDER

BEVERLY HEALTH & REHABILITATION
SERVICES, INC. Dba Beverly Manor
Costa Mesa; INTERNEXT GROUP,
            *Plaintiffs-Appellees,*

            and

AMERICAN FEDERATION OF
LABOR AND CONGRESS OF
INDUSTRIAL ORGANIZATIONS;
CALIFORNIA LABOR FEDERATION,
AFL-CIO,

                        *Intervenors,*

            v.

BILL LOCKYER, Attorney General,
in his capacity as Attorney
General of the State of California;
DEPARTMENT OF HEALTH SERVICES;
FRANK G. VANACORE, as the Chief
of the Audit Review and Analysis)
Section of the California
Department of Health Services;
DIANA M. BONTA, Diana M. Bonta,
R.N., Dr., P.h.D, as the Director
of the California Department of
Health Services,
            *Defendants-Appellants.*

Filed February 9, 2006

Before: Mary M. Schroeder, Chief Judge.

## ORDER

Upon the vote of a majority of the en banc court, the opinion and dissent filed on September 6, 2005, slip op. 12167, and appearing at 422 F.3d 973 (9th Cir. 2005), are withdrawn.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.